■ ADELINE CASSANO on Behalf of PHILIP CASSANO and Others, Appellant, v. DOMINICK CASSANO, Respondent.— Order, entered on March 4, 1964, reducing support payments, unanimously modified, on the law and on the facts, to the extent of denying respondent's application for a reduction of support payments and reinstating the order of July 11, 1962 requiring respondent to pay $75 weekly for the support of petitioner wife and the four minor children of the marriage, together with $10 weekly on account of arrears, and, as so modified, affirmed, without costs. On October 10, 1963 we affirmed the support order entered July 11, 1962. (*Cassano* v. *Cassano,* 19 A D 2d 861.) The record fails to support a change in circumstances since the date of our affirmance which would warrant a reduction of the support heretofore directed. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.